John P. Fazzio, Esq.
Fazzio Law Offices
26 Broadway, 21st Floor
New York, NY 10004
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLEG BESSONOV, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COSTCO WHOLESALE CORP., ) <br> ) <br> Defendant. ) <br> ) | NOTICE OF APPEARANCE <br><br> CIVIL ACTION <br><br> FILE NO. 12-cv-487-wfk-lb |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES

Please Take Notice that I represent Plaintiff Oleg Bessonov in the above captioned action. Please enter my appearance on behalf of said Plaintiff and place my name and address on the distribution list, and direct copies of all notices in this District Court proceeding, regardless of form, to the following:

John P. Fazzio, Esq.
Fazzio Law Offices
26 Broadway, 21st Floor
New York, NY 10004
jfazzio@fazziolaw.com
Phone (212) 785-5449
Fax (917) 591-1803

Dated: October 5, 2012

*s/ John P. Fazzio, Esq.*
John P. Fazzio, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OLEG BESSONOV                                                   CV 12-487

        Plaintiff,
                                                                **SUBSTITUTION OF**
        v.                                                 **ATTORNEY**

COSTCO WHOLESALE CORPORATION

        Defendant.

---

Plaintiff hereby notices and enters substitution of John P. Fazzio, Esq. and Joshua Seidman, Esq. as counsel for Plaintiff in place of Fink & Platz.

Dated: New York, New York
       June 20, 2012

**Withdrawing Attorney:**

Fink & Platz
By: Harlan A. Platz
1325 Franklin Avenue, Suite #260
Garden City, New York 11530
New York, NY 10005
Phone: (516) 280-5516
Fax: (516) 280-5520

**Superseding Attorneys:**

| | |
|---|---|
| John P. Fazzio, Esq. | Joshua E. Seidman, Esq. |
| 26 Broadway, 21st Floor | 154 Grand Street, Suite 602 South |
| New York, NY 10004 | New York, New York 10013 |
| Phone: (212) 785-5449 | Phone: (212) 726-1190 |
| Fax: (917) 591-18903 | Fax: (212) 726-3190 |