New York Office
26 Broadway
21st Floor
New York, NY 10004

Phone: (609) 868-8953
Cell: (609) 868-8953
Fax: (917) 591-1803

# Fazzio Law Offices

**John P. Fazzio III, Esq.**

New Jersey Office
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ 07311

Phone: (201) 912-4363
Cell: (609) 868-8953
Fax: (201) 604-6696

July 24, 2013

**Via E-Mail and Regular Mail**
The Honorable Judge William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Bessonov v. Costco**
    **Index No.: 12-cv-00487**

Dear Judge Kuntz:

With consent of my adversary, I am respectfully requesting a short one-week extension of the Joint Pre-Trial Order previously scheduled by the Court to be due today as of July 24th, 2013. The new due date for the Joint Pre-Trial Order would be July 31, 2013.

I previously called Mr. Andrew Jackson, the Judge's case manager about a prior adjournment request for a scheduled hearing and was instructed to make adjournment requests by written application on the court's docket. The parties will not upload anything to ECF until we receive further guidance from the Court.

This request is made because I was unable to provide my draft of the Joint Pre-Trial Order to my adversary in time for us to both review it together and determine any necessary changes..

    Best regards,

    FAZZIO LAW OFFICES

    By: _____
    JOHN P. FAZZIO ESQ.

cc: Dominic Bianco, Esq.