New York Office
26 Broadway
21ˢᵗ Floor
New York, NY 10004

Phone: (609) 868-8953
Fax: (917) 591-1803

# Fazzio Law
# Offices

**John P. Fazzio III, Esq.**

New Jersey Office
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ 07311

Phone: (201) 912-4363
Fax: (201) 604-6696

July 14, 2014

**Via Facsimile and Regular Mail**
The Honorable Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>    **Re:    Bessonov v. Costco**
>            **Index No.: 12-cv-00487**

Dear Judge Bloom:

As you are aware, this office represents Plaintiff Oleg Bessonov in the above-referenced matter. The matter is settled and the terms of settlement are that Defendant Costco has agreed to a settlement payment of $20,000, in full settlement of all of Bessonov's claims, subject to a Medicare lien of $3,106.

A case management conference is currently scheduled for today at 2:00 pm, and both parties are jointly requesting that today's appearance be adjourned without date, as the matter is settled. Plaintiff's counsel and Defense counsel jointly agree to submit a Stipulation of Settlement and Dismissal no later than Monday, July 21, 2014. The only reason for the delay is that the parties are currently working out how to deal with an issue related to a Medicare lien.

Thank you for your time and attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

>                   Respectfully submitted,
>                   FAZZIO LAW OFFICES
>
>
>                   By:*John P. Fazzio*
>                        JOHN P. FAZZIO ESQ.

cc: Dominic Bianco, Esq.